**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Kara Renea Lynch,

                                 Debtor.

_____/

Case No. 26-40944
Chapter 13
Hon. Mark A. Randon

### OBJECTION BY THE UNITED STATES
### TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

The United States of America, on behalf of the Internal Revenue Service, objects to the confirmation of the debtor's plan ("Plan") for the following reasons:

1.      Debtor filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code on January 29, 2026, and filed this plan on the same day.

2.      The IRS's current proof of claim is in the amount of $76,688.02 and consists of:

| | |
|---|---|
| Secured Claim: | $49,190.00 |
| Priority Claim: | $14,545.74 |
| General Unsecured Claim: | $12,952.28 |
| **Total** | **$76,688.02** |

3.      **Failure to Properly Treat the Secured Claim.** The IRS's secured claim is in the amount of $49,190.00 and is a Class 5.1 claim that must be paid in full through the Plan, in equal monthly payments, with the IRS to retain its liens and to receive interest at the IRC rate in effect on the date of confirmation (currently 7%). *See* 11 U.S.C. § 1325(a)(5)(B). The IRS does not consent to the alternative treatment of the secured claim as proposed by the Plan. *See* 11 U.S.C. §

1325(a)(5)(A).

4. **Failure to File Federal Income Tax Returns.** The debtor was required to have filed the missing tax return(s) before the first date scheduled for the meeting of creditors. The debtor's Plan cannot be confirmed given the unfiled income tax return(s). *See* 11 U.S.C. §§ 1308(a), 1325(a)(9).

5. **Feasibility Not Met.** The proposed Chapter 13 plan also lacks feasibility. A debtor bears the burden of demonstrating all the plan payments will be made. 11 U.S.C. § 1325(a)(6). Based on the debtor's own numbers, when taking into account the claims not properly scheduled, together with those that are properly scheduled, the plan is not feasible. The debtor has no apparent source of funding to make up the shortfall.

WHEREFORE, the United States respectfully requests that this Court deny confirmation of the debtor's Plan for the forgoing reasons and grant such further and additional relief as deemed just and appropriate.

Dated: March 11, 2026

JEROME F. GORGON JR.
United States Attorney

/s/ *Gregory B. Dickinson*
GREGORY B. DICKINSON
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9678
Email:Gregory.Dickinson@usdoj.gov

(Ill. Bar 6326817)

3